## Fleming *v.* The State.

APPEAL from the City Court of Montgomery. Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was prosecuted and convicted for abandoning his family.
The judgment of conviction is affirmed.

Opinion by SHARPE, J.

---

## Scarbrough *v.* Martin.

APPEAL from the City Court of Anniston, in Equity. Heard before the Hon. THOMAS W. COLEMAN, JR.

KNOX, ACKER & BLACKMON and J. T. GREEN, for appellant.

No counsel marked as appearing for appellee.

The appeal is dismissed by appellants.

Opinion PER CURIAM.

---

## The State *v.* Johnson *et al.*

APPEAL from Order of Probate Judge of County of Bibb.
Heard before the Hon. W. L. PRATT.

MASSEY WILSON, Attorney-General, for the State.

S. D. LOGAN, for appellee.

The appeal in this case was prosecuted from an order of the judge of probate of Bibb county granting bail to the appellees on *habeas corpus* proceedings.

The order granting bail is affirmed.

Opinion by McCLELLAN, C. J. ·

---

## Merrill *et al. v.* Meador.

APPEAL from the Chancery Court of Cleburne.
Heard before the Hon. RICHARD B. KELLY.

MERRILL & MERRILL, for appellant.

BLACKWELL & AGEE, for appellees.

The cause was submitted on motion to dismiss the appeal. The appeal was dismissed.

Opinion PER CURIAM.

---

## Tuscaloosa Belt Railway Co. *v.* Hepstall, Admr.

APPEAL from the County Court of Tuscaloosa.
Tried before the Hon. HENRY B. FOSTER.

HENRY FITTS, for appellant.

DANIEL COLLIER, M. T. ORMOND, and FOSTER & OLIVER, for appellee.

This action was brought by the appellee as administrator of the estate of Mary E. Blackburn, deceased, against the appellant, Tuscaloosa Belt Railway Company, to recover damages for the alleged negligent killing of the plaintiff's intestate.

From a judgment assessing the plaintiff's damages at $12,000, the present appeal is prosecuted.

In this court the appeal was dismissed by agreement of parties.

Opinion by SHARPE, J.